MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA
# FOURTH DIVISION

## Unclaimed Dividends and/or
## Distributions Less Than $5 For Deposit To Registry Fund

Debtors:    Kent & Michelle Mueller

Chapter 7

Case No. 10-34751

Please Check One:

____    Unclaimed Dividends

__X__   Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Healthspan Services d/b/a Reliance Recoveries 6160 Summit Drive, Suite 420 Brooklyn Center, MN 55430 | 15 | $50.00 | $0.68 |

Date: April 21, 2011

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475